JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 03169

|  |  |
|---|---|
| CMS Gas Transmission Company       Plaintiff, | Case No. _____ |
| -v- | **Rule 7.1 Statement** |
| The Republic of Argentina       Defendant. |  |

RECEIVED MAR 28 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__CMS Gas Transmission Company__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CMS Energy Corporation
Consumers Energy Company

**Date:** March 28, 2008

_____
Signature of Attorney

Attorney Bar Code: 2384

Form Rule7_1.pdf   SDNY Web 10/2007