```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CMS GAS TRANSMISSION CO.,            :
                                     :
                Plaintiff,           :    08 Civ. 3169 (LAP)
                                     :
          -v-                        :    ORDER
                                     :
THE REPUBLIC OF ARGENTINA,           :
                                     :
                Defendant.           :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

LORETTA A. PRESKA, U.S.D.J.:

The hearing in this case on Petitioner's request for an attachment is hereby scheduled for Wednesday, April 2, 2008, at 4:15 p.m.

SO ORDERED.

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Dated: New York, New York