UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                                    :
CMS GAS TRANSMISSION CO.,           :   08 Civ. 3169 (LAP)
                                    :
                  Plaintiff,        :   ORDER
                                    :
        v.                          :
                                    :
REPUBLIC OF ARGENTINA,              :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

LORETTA A. PRESKA, U.S.D.J.

For the reasons stated on the record today, Plaintiff's motion for an order of attachment is DENIED and the temporary restraining order issued by this Court on March 27, 2008 is hereby dissolved.

SO ORDERED.

DATED:   New York, New York
         April 2, 2008

                              _____
                              LORETTA A. PRESKA, U.S.D.J