

**08 CV 03169**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
CMS Gas Transmission Company,                                :   **TEMPORARY**
                                                             :   **RESTRAINING ORDER AND**
                               Petitioner,                   :   **ORDER TO SHOW CAUSE**
                                                             :   **FOR AN ORDER OF**
            - against -                                      :   **ATTACHMENT**
                                                             :
The Republic of Argentina,                                   :
                                                             :
                               Respondent.                   :
                                                             :
                                                             :
------------------------------------------------------------ x

Upon consideration of the Petition of CMS Gas Transmission Company ("CMS"), the accompanying Declaration of Alexander A. Yanos, Esq., and the accompanying memorandum of law, and sufficient cause appearing therefore, and further,

An application having been made by CMS for a temporary restraining order pursuant to Federal Rule of Civil Procedure 64 and CPLR § 6210 against respondent The Republic of Argentina ("Argentina") ordering Argentina and persons acting in concert with Argentina not to withdraw or transfer (or permit the withdrawal or transfer of) monies of securities (the "Funds") from any accounts held by Argentina (the "Accounts") and maintained at Banco de la Nacion Argentina or elsewhere within the Southern District of New York;

IT APPEARING that, pending the hearing a~~nd determination~~ of CMS's motion for attachment and injunctive relief, temporary relief is necessary to preserve the status quo and it appearing that without such relief Argentina or others acting on its behalf might transfer, assign,

or remove the Funds from the Accounts, and it appearing that temporary relief without notice to Argentina is contemplated by N.Y. CPLR § 6210 and Federal Rule of Civil Procedure 64, and is further appropriate and necessary in order to prevent Argentina or others acting on its behalf from transferring, assigning, or removing the Funds from the Accounts, prior to the granting of a motion on notice, which transfer, assignment or removal could render uncollectible any judgment that CMS obtained in this action; now, therefore:

IT IS HEREBY ORDERED that Argentina show cause before the Honorable *Chief Judge* *Kimba Wood*, United States District Judge, ~~in Courtroom~~ *on the 16 floor*, United States Courthouse, *500 Pearl St*, New York, New York on the ~~27th day of March~~ *first day of April*, 2008, at *10* o'clock ~~p.m.~~ *AM*, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 64 of the Federal Rules of Civil Procedure and article 62 of the New York CPLR attaching assets of Argentina pending the final hearing and determination of this action; and

*The attachment will issue forthwith — The TRO is returnable on 4/1/08*

IT IS FURTHER ORDERED, pursuant to Rule 64 of the Federal Rules of Civil Procedure and CPLR § 6210, that (1) Banco de la Nacion Argentina and other persons holding Accounts of Argentina shall promptly be served with a copy of this Order; (2) pending the hearing ~~and determination~~ of CMS's motion for an attachment, Banco de la Nacion Argentina and other persons holding Accounts of Argentina shall, from the moment of receipt of actual notice of this Order, refrain from transferring, removing or moving the Funds in the Accounts; (3) Banco de la Nacion Argentina and other persons holding Accounts of Argentina shall promptly notify this Court and the Consortium of any attempts by Argentina to move, transfer, withdraw, or otherwise pay, disburse or dissipate the Funds in any manner; and (4) Banco de la

*all papers will be served on the bank due (1) above + the gov't of Argentina by express mail tonight 3/27/08 and any papers in opposition to the TRO will be served on Freshfields 520 Madison Ave NY NY by noon on 3/31/08*

Nacion Argentina and other persons holding Accounts of Argentina shall promptly notify counsel for CMS of the balances of the Accounts; and

IT IS FURTHER ORDERED, that service of this order to show cause for attachment and temporary restraining order, together with papers submitted in support thereof, shall be deemed good and sufficient service if made by United States Express Mail delivery to counsel for Respondent Argentina with a copy mailed by United States Express Mail to the offices of the Procurador del Tesoro de la Nacion Argentina by or before _10_ o'clock PM on 3/27, 2008, such service to be made by any person who is over 18 years of age and not a party to this action.

Dated: New York, New York
       March 27, 2008

_____
United States District Judge