UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CMS Gas Transmission Company,                :

                                             :    08 Civ. 3169 (LAP)
         Petitioner,

                                             :    **NOTICE OF VOLUNTARY**
   v.                                                 **DISMISSAL WITHOUT PREJUDICE**

                                             :

The Republic of Argentina,

         Respondent.     :

------------------------------------X

      Petitioner, CMS Gas Transmission Company, notices that the petition to enforce foreign arbitral award is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(i), without prejudice.

Dated: New York, New York
        June 23, 2008

                                                           Freshfields Bruckhaus Deringer US LLP

                                                           By: /s/ Alexander Yanos
                                                              Alexander Yanos
                                                               520 Madison Ave., 34th Floor
                                                               New York, New York 10022
                                                               Telephone: (212) 284-4918