PREGIA, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

CMS Gas Transmission Company,                      :

                                                   :        08 Civ. 3169 (LAP)
                        Petitioner,

                                                   :        **NOTICE OF VOLUNTARY
            v.                                     :        DISMISSAL WITHOUT PREJUDICE**

                                                   :

The Republic of Argentina,

                        Respondent.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Petitioner, CMS Gas Transmission Company, notices that the petition to enforce foreign arbitral award is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(i), without prejudice.

Dated: New York, New York
       June 23, 2008

Freshfields Bruckhaus Deringer US LLP

By: _____
    Alexander Yanos
    520 Madison Ave., 34th Floor
    New York, New York 10022
    Telephone: (212) 284-4918

The Clerk of the Court Shall
mark this _____ ion closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

July 18, 2008

**SO ORDERED:**

_____
**U.S.D.J.**